# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial)  Caldwell, Karen K. | 2. Court or Organization  **District Court**  KY - Eastern District | 3. Date of Report  08/06/2001 |
|---|---|---|

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge Nominee | 5. Report Type (check type)  X  Nomination, Date  08/02/2001  ___ Initial   ___ Annual   ___ Final | 6. Reporting Period  01/01/2000  to  08/06/2001 |
|---|---|---|

| 7. Chambers or Office Address  250 West Main Street  Suite 2020  Lexington, KY 40507 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Partner | Dinsmore & Shohl, LLP |
| 2 | Employee | Transylvania University |
| 3 | Officer / Director | Prevent Child Abuse Kentucky |

## II. AGREEMENTS   (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1999 | Dinsmore & Shohl, LLP (legal services) | 145,605 |
| 2 | 1999 | Self-employed (legal services) | |
| 3 | 2000 | Dinsmore & Shohl, LLP (legal services) | 151,160 |
| 4 | 2000 | AIK Comp (Director Fee) | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | USAA | Line of Credit - Credit Card | K |
| 2 | PNC Bank | Line of Credit | K |
| 3 | First USA | Line of Credit - Credit Card | K |
| 4 | American Express | Line of Credit - Credit Card | K |
| 5 | Fifth Third Bank, Trustee for Lloyd Cress Retirement Account | Promissory Notes | K |
| 6 | First Union Bank | Line of Credit - Credit Card | J |

| * VAL CODES: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001 to $100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IRA #1 | C | Dividend | | | Exempt | | | | |
| 2 ~Merrill Lynch Balanced Capital Fund Class D | | | | | Exempt | | | | |
| 3 ~Merrill Lynch Global D Allocation | | | | | Exempt | | | | |
| 4 ~Merrill Lynch Global Tech Fund Class B | | | | | Exempt | | | | |
| 5 ~Merrill Lynch Dragon Fund Class B | | | | | Exempt | | | | |
| 6 ~Merrill Lynch Pacific Fund Class B | | | | | Exempt | | | | |
| 7 ~Merrill Lynch Latin America Fund, Class B | | | | | Exempt | | | | |
| 8 Plum Pick Investment Club | A | Dividend | J | U | Exempt | | | | |
| 9 ~Applied Materials, Inc. | | | | | Exempt | | | | |
| 10 ~Ciena Corporation | | | | | Exempt | | | | |
| 11 ~Cisco Systems, Inc. | | | | | Exempt | | | | |
| 12 ~Citigroup, Inc. | | | | | Exempt | | | | |
| 13 ~EMC Corp Mass | | | | | Exempt | | | | |
| 14 ~Genzyme Corp. | | | | | Exempt | | | | |
| 15 ~Glaxosmithkline, PLC | | | | | Exempt | | | | |
| 16 ~Intel | | | | | Exempt | | | | |
| 17 ~JDS Uniphase Corp. | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 -Corporation CL A | | | | | Exempt | | | | |
| 19 -Microsoft Corp. | | | | | Exempt | | | | |
| 20 -Novellus Systems, Inc. | | | | | Exempt | | | | |
| 21 -PMC Sierra, Inc. | | | | | Exempt | | | | |
| 22 -Sycamore Networks, Inc. | | | | | Exempt | | | | |
| 23 -Tumbleweed | | | | | Exempt | | | | |
| 24 -MCDTA Corp. | | | | | Exempt | | | | |
| 25 Feds Investment Club | A | Dividend | J | U | Exempt | | | | |
| 26 -Caterpillar | | | | | Exempt | | | | |
| 27 -Dupont | | | | | Exempt | | | | |
| 28 -Eastman Kodak | | | | | Exempt | | | | |
| 29 -International Paper | | | | | Exempt | | | | |
| 30 -Phillip Morris | | | | | Exempt | | | | |
| 31 -Southwest Bell | | | | | Exempt | | | | |
| 32 Keogh Plan Trust Account | F | Dividend | P1 | U | Exempt | | | | |
| 33 -Debt Strategies Fund | | | | | Exempt | | | | |
| 34 -Merrill Lynch Focus Value Fund | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- | --- |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 -AEP | | | | | Exempt | | | | |
| 36 -Arch Coal | | | | | Exempt | | | | |
| 37 -Biotechnology General | | | | | Exempt | | | | |
| 38 -Intel | | | | | Exempt | | | | |
| 39 -Lexmark | | | | | Exempt | | | | |
| 40 -Mills Corp. | | | | | Exempt | | | | |
| 41 -Procter & Gamble | | | | | Exempt | | | | |
| 42 -Sovereign Bancorp | | | | | Exempt | | | | |
| 43 -Corporate Income Fund | | | | | Exempt | | | | |
| 44 -Pimco Advisors Opportunity Fund | | | | | Exempt | | | | |
| 45 -USAA International Fund | | | | | Exempt | | | | |
| 46 -USAA Income Fund | | | | | Exempt | | | | |
| 47 -USAA Income Stock Fund | | | | | Exempt | | | | |
| 48 -Fifth Third Money Market Fund | | | | | Exempt | | | | |
| 49 -Ashland, Inc. | | | | | Exempt | | | | |
| 50 -Lloyd Cress Notes | | | | | Exempt | | | | |
| 51 -LG&E | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- | --- |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 –Merrill Lynch Phoenix Fund | | | | | Exempt | | | | |
| 53 –Central & Southwest | | | | | Exempt | | | | |
| 54 –New Canadian National Railway | | | | | Exempt | | | | |
| 55 PNC Bank Account | A | Interest | | T | Exempt | | | | |
| 56 Park Federal Credit Union | A | Interest | | T | Exempt | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Caldwell, Karen K. | 08/06/2001 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Director | AIK Comp |
| 5 | Officer | Transylvania University Alumni Association |
| 6 | Director | Transylvania University |
| 7 | Director | ARC of the Bluegrass |
| 8 | Director | Prevent Child Abuse Kentucky |
| 9 | Member | Character and Fitness Committee (Kentucky Bar Association) |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2000 | Self-employed (legal services) | |
| 6 | 2000 | Bankers Trust (Ashland Oil Pension) | |
| 7 | 2001 | Dinsmore & Shohl, LLP (legal services) | 74,000 |
| 8 | 2001 | AIK Comp (Director Fee) | |
| 9 | 2001 | Greenebaum, Doll & McDonald (legal services) | |
| 10 | 2001 | Bankers Trust (Ashland Oil Pension) | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Karen Caldwell_       Date _8/5/01_

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 4,757 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | ---- | Notes payable to banks-unsecured | 124,600 |
| Listed securities-add schedule | ---- | Notes payable to relatives | ---- |
| Unlisted securities--add schedule | ---- | Notes payable to others | ---- |
| Accounts and notes receivable: | ---- | Accounts and bills due | 8,600 |
| Due from relatives and friends | 10,000 | Unpaid income tax | ---- |
| Due from others | ---- | Other unpaid income and interest | ---- |
| Doubtful | ---- | Real estate mortgages payable-add schedule | ** 435,000 |
| Real estate owned-add schedule | * 540,000 | Chattel mortgages and other liens payable | 3,050 |
| Real estate mortgages receivable | ---- | Other debts-itemize: | |
| Autos and other personal property | 22,000 | American Express | 26,000 |
| Cash value-life insurance | ---- | | ---- |
| Other assets itemize: | | ---- | ---- |
| Keogh Account | 1,110,000 | ---- | ---- |
| Investment Clubs | 12,000 | ---- | ---- |
| USAA Account | 5,000 | Total liabilities | 597,250 |
| Personal Property | 205,000 | Net Worth | 1,311,507 |
| Total Assets | 1,908,757 | Total liabilities and net worth | 1,908,757 |
| CONTINGENT LIABILITIES | ---- | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | 31,000 | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | ---- | Are you defendant in any suits or legal actions? | No |
| Legal Claims | ---- | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | ---- | | |
| Other special debt | ---- | | |

* Personal residence, Lexington, Kentucky

** Community Trust, Lexington, Kentucky $320,000
   PNC Bank, Lexington, Kentucky $115,000